NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRUCE VILARDI, a/k/a BRUCE RICHARD )
VILARDI, )
)
          Appellant, )
)
v. )     Case No. 2D17-3180
)
STATE OF FLORIDA, )
)
          Appellee. )
_____)

Opinion filed August 21, 2019.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Christopher Brown of Brown, Suarez, Rios
& Weinberg, P.A., Fort Myers, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

       Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.